(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. DONOVAN et al., Appellants. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL T. HARRIS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUPO, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED GRILLO, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LO CICERO, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (October 5, 1961)

BALDWIN KITCHEN CABINET CORP., Respondent, v. HYMAN ARTZ et al., Respondents, and A & B HOME IMPROVEMENT CORP. et al., Appellants.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CLAYTON, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

RALPH RIZZO, as Administrator of the Estate of RALPH RIZZO, JR., Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, and DOROTHY CANDELA et al., Respondents, et al., Defendants.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

HAVELOCK ROBERTSON, Respondent, v. UNITED PLASTERING, INC., Defendant and Third-Party Plaintiff-Appellant. JON WAL CONSTRUCTION CO., Third-Party Defendant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

GRACE G. SPERY, Respondent, v. JOSEPH C. SPERY, Appellant.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.